UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. SA 01-CA-420 WWJ |
| POSADAS LIMITED, SHRINERS PARA NIÑOS, A.C. | | |
| Defendant. | | |

## ORDER

Counsel for Hospital Shriners Para Niños has filed a motion to amend its complaint and add J. Philip Knight-Sheen, Independent Administrator of the Estate of Anne Lotte Trapp-Mahau, as a party in interest. Upon consideration, this motion is **GRANTED**.

SIGNED this _____ day of August, 2004.

William Wayne Justice
Senior United States District Judge