# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

## Notice of Document/Attachment(s)/Pages Not Imaged

See Case File to View/Copy
Document/Attachment(s)

____  Document and/or attachments exceed 100 pages.

____  Transcript

____  Exhibits or attachments submitted in binders or spiral notebooks

XX  *Sealed*