AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
AUG 26 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK



Merrill Lynch, Pierce, Fenner & Smith, Inc

JUDGMENT IN A CIVIL CASE

v.

Posadas Limited, et al

CASE NUMBER:   SA-01-CV-420-WWJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Court's Order (dkt no. 107) Vicente Suarez, Esq is not authorized to appear on behalf of litigants in this court, and it is further appearing that defendants have not employed a qualified attorney to represent them in this action within the time prescribed by this Court. Accordingly it is ORDERED that plaintiff is hereby DISCHARGED from all liability in connection with Posadas Account; and it is further ORDERED that plaintiff be, and is hereby, awarded its costs and attorney's fees.

|  |  |
|---|---|
| August 26, 2005 | William G. Putnicki |
| Date | Clerk |
|  | Tiffany Mitchell |
|  | (By) Deputy Clerk |


108