United States of America District Court for the Western District of Texas, San Antonio Division.

FILED
2012 NOV 15 PM 1:43

Fundacion Trapp de Frankfurt en Mexico, A.C. Intervenor.

File Num. SA-01-CA-0420WWJ.

To the Honorable Court:

Fundacion Trapp de Frankfurt en Mexico, A.C., intervenor on case numbered on top of this document files with that Honorable Court for an appeal by itself as follows:

Tort concept / Grievance bases

The U.S.A. H. District Court, on date August 26, 2005, docket number 107, ordered plaintiff, Merrill Lynch as discharged from all liability in connection with Posadas's account and awarded its costs and attorney's fees.

On the same date, docket number 108, the Honorable Court confirmed such decision. The case was closed.

On August 30, 2005, docket number 109, the H. D. court ordered the judgement and separate order issued on August 26, 2005 to be withdrawn. The case was reopened.

That closing and reopening referred did not consider the beneficiary of the bank account contract is Fundación Trapp de Frankfurt en Mexico, A.C.

Therefore, the Honorable Court of Appeals is able to serve a decision on that matter and correct this case.

The closing and reopening mentioned were due by uncertain documents filed by Mr. Mark Greenwald. Docket number 98, dated May 24, 2005.

Counselor introduced documents about an act presented positively and reversed negativelly. It does not make sense.

Therefore, they are uncertain.

Furthermore, dated October 18, 2005, docket number 111, counselor reversed the documents. Such position assumed is senseless once more.

As a result, such documents are confirmed to be uncertain.

Even more, a false document crime was comitted.

That explains the closing and reopening of the case from the Honorable District Court.

The uncertain documents had the target to deceive the H. District Court for a profit gain estimated in more than eight million dollars in U.S.A. currency.

Then basically the issues to be solved by that H. Higher Court are:

1.- That the non-profit corporation, Fundacion Trapp de Frankfurt en Mexico, A.C. intervenor, is the beneficiary of the bank account contract on the matter.

2.- That intervenor referred recovers its assets from Merrill Lynch, as proposed.

3.- That intervenor mentioned recovers its assets from Advisor, Mr. Stephen Zamora, as proposed.

4.- That intervenor is assigned the estate assets by unproper administration, damage compensation and best heir as considered by Miss Trapp on the bank account contract, as the beneficiary. Also proposed.

5.- A compensation amount in U.S.A. currency by punitive damages to the corporation, Fundacion Trapp de Frankfurt en Mexico, A.C., as proposed.

6.- The compensation amount in U.S.A. currency to the undersigned by punitive damages as an individual. Also proposed.

7.- The U.S.A. citizenship by naturalization assign to undersigned as proposed.

8.- The U.S.A. citizenship assign to the undersigned's supporters, sponsors, helpers, as proposed.

9.- The compensation amount in U.S.A. currency by punitive damages to Mr. Honorato Estrada, as proposed.

10.- The compensation amount in U.S.A. currency to each supporter, sponsor, helper, by punitive damages, as proposed.

11.- The expenses, costs, attorney's fees, expert's fees, etc., as proposed.

12.- The expenses, costs, fees, etc., as proposed as an individual.

13.- Shriners discharged as proposed.

Respectfully submitted:

Siegfried De Los Reyes.
Fundacion by itself.
    per se / pro se.
San Antonio, Texas. November 15, 2012.

United States of America District Court for the Western District of Texas, San Antonio Division.

Fundacion Trapp de Frankfurt en Mexico, A.C. Intervenor.

File Num. SA-01-CA-0420WWJ.

To the Honorable Court:

Fundacion Trapp de Frankfurt en Mexico, A.C., intervenor on case numbered on top of this document files with that Honorable court for an appeal attachment as follows:

The basic reasoning to consider facts outside the U.S.A. borders are because they are an effect or evident consequence of this case in the U.S.A. territory.

If this case would not be in the United States of America, nor its effects.

Therefore, such consequences are not separated from it.

Furthermore, they are attached to it.

It also should be considered the objective that it should not happend again in future on other cases.

Respectfully submitted:

*[signature]*

Siegfried De Los Reyes
Fundacion by itself.
San Antonio, Texas. November 15, 2012.