United States of America District Court for the Western District of Texas, San Antonio Division.

Fundacion Trapp de Frankfurten Mexico, A.C. Intervenor.

File Num. SA-01-CA-0420WWJ.

To the Honorable Court:

— Notice of Appeal —

Intervenor on case file numered on top of this document files with that Honorable Court for a notice of Appeal which has been filed with that Honorable Court a few days ago by a lack of money to pay the mail stamps, asking that Honorable Court w/o send it to the Court of Appeals for final ruling on the matter.

Respectfully submitted:

Siegfried De Los Reyes.
Intervenor by itself.
San Antonio, Texas. November 20, 2012.